# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17 0069

Sheriff's Sale Date: _____

V.

TERESA A. CADMUS, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TERESA A. CADMUS the above process on the 13 day of March, 2017, at 1:45 o'clock, PM, at 2195 Baltimore Pike Oxford, PA 19363, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By handing a copy to the Defendant(s)

Description: Approximate Age <u>56-60</u> Height <u>5'6</u> Weight <u>190</u> Race <u>WHITE</u> Sex <u>FEMALE</u> Hair <u>BLONDE</u>
Military Status: ☒ No ☐ Yes Branch: _____

Commonwealth/State of <u>PA</u>      )
                                   ) SS:
County of <u>Berks</u>              )

Before me, the undersigned notary public, this day, personally, appeared <u>Eric Afflerbach</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-164998
Case ID #: 4834075

Subscribed and sworn to before me
this <u>15</u> day of <u>March</u>, 20<u>17</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017