IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 17-69** |
| v. | : | |
| | : | |
| **TERESA A. CADMUS,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 8th day of May, 2017, it is hereby **ORDERED** that a **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages is **SCHEDULED** for **Thursday, May 18, 2017 at 10:30 a.m.** in Courtroom 14B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:


*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.


Copies mailed to Plaintiff from chambers on 5/8/17:

Teresa A. Cadmus
4 Hartwood Drive
Quarryville, PA  17566