# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO.  17-69** |
| **v.** | : | |
| | : | |
| **TERESA A. CADMUS,** | : | |
| **Defendant.** | : | |

## ORDER

   **AND NOW**, this 15th day of May, 2017, it is hereby **ORDERED** that the

**HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's

damages scheduled for May 18, 2017 at 10:30 a.m. is  **RESCHEDULED** for **Thursday,**

**May 25, 2017 at 2:00 p.m.** in Courtroom 14B of the U.S. Courthouse, 601 Market Street,

Philadelphia, Pennsylvania.


                              BY THE COURT:



                               */s/ Lawrence F. Stengel*
                              LAWRENCE F. STENGEL,  J.


Copy mailed by chambers to:

Teresa A. Cadmus
P.O. Boix 335
Nottingham, PA  19362-0335