# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | NO. 17-69 |
| v. | : | |
| | : | |
| **TERESA A. CADMUS,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 23rd day of May, 2017, it is hereby **ORDERED** that the **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages scheduled for May 25, 2017 at 2:00 p.m. is **RESCHEDULED** for **Tuesday, May 30, 2017 at 10:30 a.m.** in Courtroom 14B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

Copy mailed from chambers to:

Teresa A. Cadmus
P.O. Box 335
Nottingham, PA  19362-0335