

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 17 - 000069



FILED

OCT 19 2017

KATE BARKMAN, Clerk
By_____ Dep. Clerk

I, PATRICK D. ENNIS          , a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

4 HARTWOOD DRIVE, QUARRYVILLE PA 17566        .

The public sale was held on October 11, 2017

and the highest bidder was BP Real ESTATE INVESTMENT Group LP

who bid the amount of $ 125,500.00

By: _____
Deputy U.S. Marshal