## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
               Plaintiff

v.

TERESA A. CADMUS
               Defendant

Civil Action No: 17-00069

### ORDER

AND NOW, this 28th day of November, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on October 11, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of TERESA A. CADMUS in and to the premises sold located at 4 Hartwood Drive, Quarryville, PA 17566.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                                     _____
                                                                                                 J.